AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>(2) ROBERT DARNELL ROSE<br>*Defendant* | )<br>)<br>) Case No. 3:24-CR-130-002-FDW<br>)<br>) |

**RECEIVED**
**UNITED STATES MARSHAL**
**10:00 am, Jun 24 2024**
**WESTERN NORTH CAROLINA**
**CHARLOTTE**

**FILED**
Charlotte
Sep 23 2025
U.S. District Court
Western District of N.C.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* (2) ROBERT DARNELL ROSE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE: WIRE FRAUD CONSPIRACY

Date: 6/18/2024

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE HORD SIMON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 6/24/24, and the person was arrested on *(date)* 9/15/25
at *(city and state)* Miami, FL.

Date: 9/16/25

*Arresting officer's signature*

E. Cola  S DUSM
*Printed name and title*

Case: 3:24-cr-00130-FDW-SCR  Document 3  Filed 06/18/2024  Page 1 of 1