# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## NOTICE OF HEARING

**United States of America**

v.                      CASE NO. 3:24-cr-00130-FDW-SCR-2

**Robert Darnell Rose**

Type of Case:      ☐ Civil      ☒ Criminal

☒ TAKE NOTICE that a proceeding in this case has been **scheduled** for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | **Courtroom:** #1B |
| Charles R. Jonas Federal Building | **Presider:** Susan C. Rodriguez |
| 401 West Trade Street | **Date:** October 14, 2025 |
| Charlotte, NC 28202 | **Time:** 10:10 AM |

TYPE OF PROCEEDING: **INITIAL APPEARANCE**

*/s/ Katherine Hord Simon*
Katherine Hord Simon, Acting Clerk
United States District Court

Dated: September 24, 2025

Copies to: U.S. Attorney
             U.S. Marshal
             U.S. Probation Office